1  McGREGOR W. SCOTT
    United States Attorney
2  BOBBIE J. MONTOYA
    Assistant U. S. Attorney
3  501 I Street, Suite 10-100
    Sacramento, CA  95814-2322
4  Telephone:  (916) 554-2700

5  Attorneys for Defendant

6

7            IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11  SULTAN MOHAMMED,           CASE NO. 2:94-CV-01823-GEB-PAN

12         Plaintiff,        STIPULATION AND [proposed]
                          ORDER FOR ENTRY OF JUDGMENT
13    v.

14  JO ANNE B. BARNHART,
     Commissioner of
15    Social Security,

16         Defendant.

17

18

19      By Order entered on January 20, 1995, the parties stipulated to remand of the above

20  captioned case before answer under sentence six of 42 U.S.C. § 405(g).  On remand, Plaintiff

21  received a fully favorable decision dated December 21, 2000.  (See attached Notice of Decision -

22  Fully Favorable, Order & Decision.)

23  ///

24  ///

25  ///

26

27

28                    1

1   WHEREFORE THE PARTIES TO THIS ACTION, through their respective undersigned

2   attorneys, with the approval of the Court, hereby stipulate that the Court shall direct the Clerk to

3   enter judgment in favor of Plaintiff, affirming the Commissioner's award of benefits.

4

5   DATED: October 26, 2005                 _/s/ William Stewart Bernheim_____
                                            William Stewart Bernheim
6
                                            Attorney for Plaintiff
7

8   DATED: October 26, 2005                 McGREGOR W. SCOTT
                                            United States Attorney
9

10                                   By: _/s/ Bobbie J. Montoya_____
                                            BOBBIE J. MONTOYA
11                                          Assistant U. S. Attorney

12                                          Attorneys for Defendant

13

14  OF COUNSEL:

15  LUCILLE GONZALES MEIS
    Chief Counsel, Region IX
16
    DONNA W. ANDERSON
17  Assistant Regional Counsel

18  United States Social Security Administration

19

20

21

22

23

24

25

26

27

28
                                        2

McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SULTAN MOHAMMED,<br><br>              Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>              Defendant. | CASE NO. 2:94-CV-01823-GEB-PAN<br><br>[proposed] ORDER DIRECTING THE<br>CLERK TO ENTER JUDGMENT IN<br>FAVOR OF PLAINTIFF |

        Pursuant to the stipulation of the parties, electronically filed *October 26, 2005*, and in

light of the fully favorable decision received by Plaintiff on remand on December 21, 2000, the

Clerk is hereby directed to enter Judgment in favor of Plaintiff.

        SO ORDERED.


DATED:   December 1, 2005


                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge